UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE GARCIA,<br><br>                            Plaintiff,<br><br>v.<br><br>SPROUTS FARMERS MARKET, et al.,<br><br>                            Defendants. | Case No.: 21-cv-01681-JLS-BGS<br><br>**ORDER** |

On September 27, 2021, Defendant SF Markets, LLC ("Defendant"), removed the above-captioned case from the San Diego Superior Court to the Southern District of California. (ECF No. 1.) In the Notice of Removal, Defendant provides that it served its Answer on Plaintiff on April 23, 2021. (*Id.* ¶ 4.) However, Defendant has not filed its Answer in the federal forum. Accordingly, for purposes of Civil Local Rule 16.1(c), Defendant shall file its Answer no later than <u>seven days from the date of this Order</u>.

**IT IS SO ORDERED.**

Dated:  November 12, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge