|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | SOUTHERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| JESSIE GARCIA,<br><br>                              Plaintiff,<br><br>v.<br><br>SPROUTS FARMERS MARKET; SF MARKETS, LLC; SFM LLC; ANTONIO CESPEDES; and DOES 1 through 50,<br><br>                             Defendants. | Case No.: 21-CV-1681 JLS (BGS)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>(ECF No. 15) |

      Presently before the Court is the Parties' Joint Motion for Dismissal with Prejudice ("Joint Mot.," ECF No. 15). Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES** the above-named action in its entirety **WITH PREJUDICE**.

      **IT IS SO ORDERED.**

Dated: May 6, 2022

                                                         *Janis L. Sammartino*
                                                     Hon. Janis L. Sammartino
                                                     United States District Judge